IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., C.P. PHARMACEUTICALS INTERNATIONAL C.V., PF PRISM C.V., PBG PUERTO RICO LLC and PF PRISM IMB B.V., <br><br> Plaintiffs, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 21-214 (LPS) ) ) ) ) ) ) |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and among Pfizer Inc., PF PRISM C.V., C.P. Pharmaceuticals International C.V., PBG Puerto Rico LLC, and PF PRISM IMB B.V. (collectively, "Plaintiffs") as plaintiffs and Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd. (collectively, "Defendants") as defendants, by their attorneys, that

(1) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims between Plaintiffs and Defendants are dismissed without prejudice.

(2) Any protective orders entered by the Court shall remain in full force and effect notwithstanding the dismissal of this action.

(3) The parties waive any right of appeal from this Order.

(4) Each party shall bear its own costs and fees in the above-captioned actions.

(5) The U.S. District Court of Delaware retains jurisdiction to enforce and resolve any disputes arising under the settlement agreement between Plaintiffs and Defendants.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| */s/ Megan E. Dellinger* | */s/ Megan C. Haney* |
| Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com<br><br>*Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2021

_____
United States District Judge